■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE McCLAIN, Appellant. [605 NYS2d 908] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Slavin, J.), imposed June 25, 1991.

Ordered that the sentence is affirmed *(see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Balletta, Lawrence, Pizzuto and Santucci, JJ., concur.